IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DURAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 05-04623 WHA<br><br>**STIPULATION AND<br>ORDER EXTENDING DATES** |

    Pursuant to Rule 12(a)(3)(A) of the Fed.R.Civ.P., the Answer of the United States to plaintiff's Complaint was timely filed on January 17, 2006;

    In order to allow the parties adequate time to comply with the Case Management requirements of the Court and Rules 16 and 26 of the Fed.R.Civ.P., the parties, through the undersigned consents of their respective counsel of record, do hereby agree and request that certain dates presently set in this case be vacated and extended by two weeks, as follows:

    1.    The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan (previously set for January 26th), be moved to February 5, 2006;

    2.    The last day to file the Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference (previously set for January 26th), be moved to February 5, 2006;

    3.    The last day to complete initial disclosures or state objections in the Rule 26(f) Report, file/serve the Case Management Statement, and file/serve

the Rule 26(f) Report (previously set for February 2nd), be moved to February 16, 2006; and

    4.    The Case Management Conference (previously set for February 16th), be reset for **11:00 A.M. ON MARCH 2, 2006**.

No further extensions are anticipated at this time. This extension should not affect any other dates in this case.

IT IS SO AGREED.

Dated: January 18, 2006.                                  PETER KEISLER
                                                            Assistant Attorney General
                                                            KEVIN V. RYAN
                                                            United States Attorney

                                                                                 _____s/_____
                                                            R. MICHAEL UNDERHILL
                                                           Attorney in Charge
                                                           U. S. Dept. of Justice
                                                           Torts Branch, Civil Division

                                                           Attorneys for Plaintiff
                                                          United States of America

Dated: January 18, 2006.                                Weltin Law Office

                                                          _____s/_____
                                                          PATRICK STREB

                                                          Attorneys for Plaintiff
                                                          Enrique Duran

PLEASE NOTE THAT THERE WILL BE NO FURTHER EXTENSIONS.

**IT IS SO ORDERED.** .

Dated: January 19, 2006.                                /s/ William Alsup
                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE