Patrick B. Streb, Esq. (State Bar No. 116555)
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile (510) 251-6040

Attorneys for Plaintiff
Enrique Duran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DURAN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>Defendant. | Case No. C 05-04623 WHA<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE AMENDED COMPLAINT**<br>**FRCP 15(a)** |

This matter concerns a personal injury action filed by plaintiff Enrique Duran against the United States of America.

Plaintiff was a ship repairman employed by San Francisco Dry Dock working on the United States government owned vessel USNS Kilauea.

The action was brought pursuant to the Public Vessels Act 46 USCS 31101 et seq.

Plaintiff is a citizen of Mexico. Section 31111 of the Public Vessels Act provides:

> A national of a foreign country may not maintain a civil action under this chapter [46 USCS § § 31101 et seq.] unless it appears to the satisfaction of the court in which the action is brought that the government of that country, in similar

1

Enrique Duran v. United States of America
Stipulation and Order to Allow Plaintiff to File Amended Complaint
FRCP 15(a)

Case 3:05-cv-04623-WHA   Document 20   Filed 01/10/07   Page 2 of 3
Case 3:05-cv-04623-WHA   Document 19   Filed 01/09/2007   Page 2 of 9

circumstances, allows nationals of the Unites States to sue in its courts.

Case law has held that this reciprocity provision must be plead by claimant and that permission to file an amended pleading to allege reciprocity is routinely granted. <u>Mancini v. United States</u> 163 F Supp 689 (DC NY 1958) <u>Fireman's Fund Insurance Co. v. The U.S. Army LST 34</u> 132 F Supp 414 (DC NY 1955).

FRCP Rule 15(a) provides that:

> ... a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Clearly in this case justice requires that plaintiff be permitted to file an amended complaint to allege reciprocity in order to allow the trial to go forward. A copy of plaintiff's proposed amended complaint is attached as Ex. 1.

Dated: December 28, 2006      WELTIN LAW OFFICE, P.C.

_____
Patrick B. Streb
Attorneys for Plaintiff

So Stipulated:

_____
Eric Kaufman Cohen
U.S. Dept. of Justice
Attorney for defendant
United States of America

---

2

Enrique Duran v. United States of America
Stipulation and Order to Allow Plaintiff to File Amended Complaint
FRCP 15(a)

It is herby ordered that plaintiff is permitted to file an amended complaint to allege reciprocity in accordance with 46 USCS 31111.

Dated: January 10, 2007

_____
William Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

All dates in the case management scheduling order, including those for the final pretrial and bench trial, remain in effect.

Enrique Duran v. United States of America
Stipulation and Order to Allow Plaintiff to File Amended Complaint
FRCP 15(a)
3