IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DURAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>                                            / | No. C 05-04623 WHA<br><br>**ORDER DENYING PARTIES' REQUEST FOR CONTINUANCE OF FINAL PRETRIAL CONFERENCE** |

      The parties' letter stating that a tentative settlement has been reached was received. Pursuant to paragraph 13 of the case management scheduling order filed in this case, all appearances must be made until parties reach a fully-executed agreement such that only a ministerial act remains. A tentative settlement is not sufficient, thus all deadlines remain in place and parties must make all scheduled appearances.

      **IT IS SO ORDERED.**

Dated: January 25, 2007

                                                    WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE