IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DURAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 05-04623 WHA<br><br>**ORDER DENYING STIPULATED DISMISSAL AND CONTINUING FINAL PRETRIAL CONFERENCE** |

       The Court will not approve the proposed order dismissing the case because it includes a provision to reinstate the case in the event the "recommended" settlement is not approved. This does not satisfy paragraph 13 of the case management scheduling order. This is nothing more than a tentative settlement in principle.

       The Court will keep the case on trial calendar as scheduled, but will postpone the final pretrial conference by one week (from January 29, 2007, to **FEBRUARY 5, 2007, AT 2:00 P.M.**). Counsel must be prepared to proceed with the final pretrial conference and trial until such time as a dismissal satisfying paragraph 13 of the case management scheduling order is submitted.

       **IT IS SO ORDERED.**

Dated: January 26, 2007

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE